# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) **CR05-381 TSZ** <br> ) <br> JOSHUA KEBEDE, ) <br> ) <br> Defendant. ) **MINUTE ORDER** <br> ) **CONTINUING EVIDENTIARY** <br> ) **HEARING** | |

The following Minute Order is made at the direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

Counsel have requested the Evidentiary Hearing on Bond Revocation be stricken from the calendar on January 18, 2006, and be continued. The request is GRANTED. The evidentiary hearing is hereby continued to *Monday, February 13, 2006 at 9:30am*. The hearing will be held in Courtroom 12A, U.S. Courthouse, Seattle, Washington.

Dated this 13th day of January , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**