# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) Plaintiff, ) | |
| vs. ) | CR05-381 TSZ |
| ) | |
| JOSHUA KEBEDE, ) | |
| ) Defendant. ) | **ORDER TRANSFERRING HEARING** |

The Honorable Thomas S. Zilly, United States District Judge, has informed this court of a motion pending on his docket  (Motion for Contact with Certain Persons, dkt #35) related to the petition filed by Pretrial Services (dkt #37).  Judge Zilly has requested the hearing scheduled in this court on February 13, 2006, be transferred to his docket.

Therefore, the parties will appear before the Honorable Thomas S. Zilly, United States District Judge, at 9:30am on February 13, 2006 in Courtroom 15206, to argue the Motion for Contact as well as the allegations contained in the Pretrial Services petition.

Dated this 19th day of January, 2006

Mary Alice Theiler
U.S. Magistrate Judge