MAGISTRATE JUDGE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR05-381TSZ ) ) |
| vs. | ) ORDER MODIFYING AMENDED ) APPEARANCE BOND |
| JOSHUA KEBEDE, | ) ) |
| Defendant. | ) ) |

THIS MATTER has come before the Court on the unopposed motion of defendant, Joshua Kebede. The Court has considered the motion, the records and files herein and enters the following order:

The motion to modify the appearance bond is granted. The defendant shall be permitted to have contact with William and Alice Clarke for the sole purpose of arranging care of his minor son and shall not discuss his case or matters related to his case. U.S. Pretrial is granted the authority to give Mr. Kebede permission to travel to Ethiopia for no more than nine days and on the condition he return to the United States no later than September 10, 2006.

DONE this 10th day of August, 2006.

S/JAMES P. DONOHUE for
MARY ALICE THEILER

(PROPOSED) ORDER AMENDING
BOND    - 1
(Almussa/Kebede, CR05-381TSZ)

**FEDERAL PUBLIC DEFENDER**
**Westlake Center Office Tower**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

United States Magistrate Judge

Presented by:

s/   Brian Tsuchida
WSBA # 14886
Attorney for Mr. Kebede
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
brian_tsuchida@fd.org

Approved by:

s/ Vincent Lombardi
Assistant United States Attorney
*Telephonic Approval*

(PROPOSED) ORDER AMENDING
BOND        - 2
(Almussa/Kebede, CR05-381TSZ)

**FEDERAL PUBLIC DEFENDER**
**Westlake Center Office Tower**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**